# RECEIVED BY MAIL

Page 2

MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT
SENTENCE BY A PERSON IN FEDERAL CUSTODY

*(stamped: OCT 29 2010 / U. S. DISTRICT COURT / EASTERN DISTRICT OF MO / ST. LOUIS)*

| United States District Court | District Eastern District of Missouri |
|---|---|
| Name (under which you were convicted):<br>SAMMY JEFFERSON, a/k/a Bey-Bey | Docket or Case No.:<br>4:07-cr-00184 (ERW) |
| Place of Confinement: United States Penitentiary--<br>McCreary, P.O. Box 3000, Pine Knot, KY 42635 | Prisoner No.:<br>29076-044 |
| UNITED STATES OF AMERICA | Movant (include name under which you were convicted) |
| v. | SAMMY JEFFERSON, a/k/a Bey-Bey |

## MOTION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: _____
   United States District Court
   Eastern District of Missouri--Eastern Division
   St. Louis, MO  63102-1116

   (b) Criminal docket or case number (if you know): 4:07-cr-00184 (ERW)

2. (a) Date of the judgment of conviction (if you know): October 11, 2007

   (b) Date of sentencing: January 17, 2008

3. Length of sentence: 235 months (19 years, 7 months)

4. Nature of crime (all counts): Count I--conspiracy to distribute cocaine and marijuana in violation of 21 U.S.C. § 846 and § 841(a)(1), punishable under 21 U.S.C. § 841(b)(1)(A)(ii)(II); Count IV--on or about June 13, 2006, distribution of more than 5 kilograms of cocaine, in violation of 21 U.S.C. § 841(a)(1), punishable under 21 U.S.C. § 841(b)(1)(A)(ii).

5. (a) What was your plea? (Check one)
   (1) Not guilty ☐   (2) Guilty ☒   (3) Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to? I plead guilty to Counts I and IV of a nine-count indictment. The other counts (II, VIII, and IX) were dismissed because of the plea.

6. If you went to trial, what kind of trial did you have? (Check one)   Jury ☐   Judge only ☐
   N/A

Page 3

7.  Did you testify at a pretrial hearing, trial, or post-trial hearing?      Yes ❏     No ☒
8.  Did you appeal from the judgment of conviction?                           Yes ☒     No ❏
9.  If you did appeal, answer the following:

    (a) Name of court: U.S. Court of Appeals for the Eighth Circuit

    (b) Docket or case number (if you know): No. 08-1238

    (c) Result: Appeal dismissed.

    (d) Date of result (if you know): July 28, 2009

    (e) Citation to the case (if you know): U.S. v. Jefferson, 2009 U.S. App. LEXIS 16551.

    (f) Grounds raised: My lawyer filed an Anders v. California brief.

    I filed pro se briefs challenging enforcement of my plea

    waiver; failure of court to explain relevant conduct;

    ineffective assistance of counsel; and prosecutorial mis-

    conduct.

    (g) Did you file a petition for certiorari in the United States Supreme Court?      Yes ❏     No ☒
        If "Yes," answer the following:

        (1) Docket or case number (if you know): N/A

        (2) Result: N/A

        (3) Date of result (if you know): N/A

        (4) Citation to the case (if you know): N/A

        (5) Grounds raised: N/A

10. Other than the direct appeals listed above, have you previously filed any other motions,
    petitions, or applications concerning this judgment of conviction in any court?

    Yes ❏    No ☒

11. If your answer to Question 10 was "Yes," give the following information:

    (a) (1) Name of court: N/A

        (2) Docket or case number (if you know): N/A

        (3) Date of filing (if you know): N/A

(4) Nature of the proceeding:  N/A

(5) Grounds raised:  N/A

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or

application?   Yes ❑  No ❑    N/A

(7) Result:  N/A

(8) Date of result (if you know): _____ N/A

(b) If you filed any second motion, petition, or application, give the same information:

(1) Name of court:  N/A

(2) Docket or case number (if you know):  N/A

(3) Date of filing (if you know):  N/A

(4) Nature of the proceeding:  N/A

(5) Grounds raised:  N/A

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or

application?   Yes ❑  No ❑    N/A

(7) Result:  N/A

(8) Date of result (if you know): _____ N/A

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your

motion, petition, or application?

(1) First petition:   Yes ❑   No ❑    N/A

(2) Second petition:   Yes ❑   No ❑    N/A

Page 5

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not: ___N/A_____

_____

_____

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

GROUND ONE: ___Ineffective assistance of retained counsel,___
N. Scott Rosenblum_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
___See attached Memorandum of Law and Facts Supporting___
___Section 2255 Motion._____

_____

_____

_____

_____

_____

_____

_____

(b) Direct Appeal of Ground One:

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ❑   No ⊠

(2) If you did not raise this issue in your direct appeal, explain why: __Because the prisoner__
__who assisted me did not have Crim. Docket No. 4:06-cr-00657-CEJ, and__
__records relating to N. Scott Rosenblum's representation._____

(c) Post-Conviction Proceedings:

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ❑   No ⊠

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: ___N/A_____

Name and location of the court where the motion or petition was filed: ___N/A_____

_____

Page 6

Docket or case number (if you know): _____N/A_____

Date of the court's decision: _____N/A_____

Result (attach a copy of the court's opinion or order, if available): ___N/A_____

(3) Did you receive a hearing on your motion, petition, or application?

     Yes ❑   No ❑   N/A

(4) Did you appeal from the denial of your motion, petition, or application?

     Yes ❑   No ❑   N/A

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

     Yes ❑   No ❑

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: ____N/A_____

Docket or case number (if you know): _____N/A_____

Date of the court's decision: _____N/A_____

Result (attach a copy of the court's opinion or order, if available): _____N/A_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____N/A_____

GROUND TWO: __Assistant U.S. Attorney Dean R. Hoag Committed__

_Prosecutorial Misconduct By Executing A Scheme To Perpetrate A Fraud Upon_

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): The Court.

     See Attached Memorandum of Law and Facts in

     Support of Section 2255 Motion.

(b) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ❑  No ☒

(2) If you did not raise this issue in your direct appeal, explain why: A convoluted pro se argument on prosecutorial misconduct was presented by a different prisoner helping me.

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ❑  No ☒

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: N/A

Name and location of the court where the motion or petition was filed: N/A

Docket or case number (if you know): N/A

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available): N/A

(3) Did you receive a hearing on your motion, petition, or application?

Yes ❑  No ❑  N/A

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ❑  No ❑  N/A

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ❑  No ❑  N/A

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: N/A

Docket or case number (if you know): N/A

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available): N/A

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

_____

_____

_____

_____

GROUND THREE: Ineffective Assistance of Retained Counsel,
Bryan S. Johnson.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): See Attached Memorandum of Law and Facts Supporting
Section 2255 Motion.

_____

_____

_____

_____

_____

_____

_____

(b) Direct Appeal of Ground Three:

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☒  No ☐

(2) If you did not raise this issue in your direct appeal, explain why: But I qualify the
(b)(1) "Yes" because the prisoner helping me made an incomprehensible
argument.

(c) Post-Conviction Proceedings:

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐  No ☒

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____N/A_____

Name and location of the court where the motion or petition was filed: _____N/A_____

Docket or case number (if you know): _____N/A_____

Date of the court's decision: _____N/A_____

Page 9

Result (attach a copy of the court's opinion or order, if available): _____ N/A _____

_____

(3) Did you receive a hearing on your motion, petition, or application?

Yes ❑ No ❑ N/A

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ❑ No ❑ N/A

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ❑ No ❑ N/A

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____ N/A _____

Docket or case number (if you know): _____ N/A _____

Date of the court's decision: _____ N/A _____

Result (attach a copy of the court's opinion or order, if available): _____ N/A _____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

_____

_____

_____

_____

GROUND FOUR: _____ N/A _____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
_____ N/A _____

_____

_____

_____

_____

_____

_____

_____

Case: 4:10-cv-02062-ERW   Doc. #: 1   Filed: 10/29/10   Page: 9 of 14 PageID #: 9

Page 10

(b) **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ❑ No ❑    N/A

(2) If you did not raise this issue in your direct appeal, explain why: ___ N/A

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ❑ No ❑    N/A

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____ N/A

Name and location of the court where the motion or petition was filed: __ N/A

Docket or case number (if you know): _____ N/A

Date of the court's decision: _____ N/A

Result (attach a copy of the court's opinion or order, if available): _____ N/A

(3) Did you receive a hearing on your motion, petition, or application?

Yes ❑ No ❑    N/A

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ❑ No ❑    N/A

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ❑ No ❑    N/A

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____ N/A

Docket or case number (if you know): _____ N/A

Date of the court's decision: _____ N/A

Result (attach a copy of the court's opinion or order, if available): _____ N/A

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: __N/A__

13. Is there any ground in this motion that you have <u>not</u> previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: __I did not raise the two ineffective assistance of counsel grounds, not the prosecutorial misconduct grounds in the context of the presentation herein because different prisoner who assisted me did not have enough information or records in my case to make comprehensive arguments.__

14. Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the judgment you are challenging?    Yes ❑    No ☒
If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. __N/A__

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:
(a) At preliminary hearing: __N. Scott Rosenblum, Esquire__
__Clayton, Missouri__
(b) At arraignment and plea: __Bryan S. Johnson, Esquire__
__201 N. Kings Highway, St. Charles, MO   63301__
(c) At trial: __N/A__

(d) At sentencing: __Bryan S. Johnson, Esquire__
__201 N. Kings Highway, St. Charles, MO   63301__

(e) On appeal: ___N/A_____

(f) In any post-conviction proceeding: ___N/A_____

(g) On appeal from any ruling against you in a post-conviction proceeding: _____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?    Yes ☒ No ❑

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?    Yes ❑ No ☒

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: ___N/A_____

(b) Give the date the other sentence was imposed: ___N/A_____

(c) Give the length of the other sentence: ___N/A_____

(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?    Yes ❑ No ❑    N/A

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you
must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not
bar your motion.*_____N/A_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C.
§ 2255, paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section. The limitation period
shall run from the latest of —

(1) the date on which the judgment of conviction became final;
(2) the date on which the impediment to making a motion created by governmental action in
violation of the Constitution or laws of the United States is removed, if the movant was
prevented from making such a motion by such governmental action;
(3) the date on which the right asserted was initially recognized by the Supreme Court, if
that right has been newly recognized by the Supreme Court and made retroactively
applicable to cases on collateral review; or
(4) the date on which the facts supporting the claim or claims presented could have been
discovered through the exercise of due diligence.

Therefore, movant asks that the Court grant the following relief: Vacate Guilty Plea and/or
Sentence; Resentence the Movant; see, also, attached Memorandum of Law
and Facts in Support of Section 2255 Motion (page 32).

or any other relief to which movant may be entitled.

N/A

Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct
and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on October
26, 2010 (month, date, year).

Executed (signed) on 26 OCT 2010 (date).

Signature of Movant
Sammy Jefferson

If the person signing is not movant, state relationship to movant and explain why movant is not
signing this motion.

IN FORMA PAUPERIS DECLARATION

[Insert appropriate court]
* * * * *

AO 243
(Rev. 12/04)

# Motion to Vacate, Set Aside, or Correct a Sentence
# By a Person in Federal Custody

## (Motion Under 28 U.S.C. § 2255)

### Instructions

1.  To use this form, you must be a person who is serving a sentence under a judgment against you in a federal court. You are asking for relief from the conviction or the sentence. This form is your motion for relief.

2.  You must file the form in the United States district court that entered the judgment that you are challenging. If you want to challenge a federal judgment that imposed a sentence to be served in the future, you should file the motion in the federal court that entered that judgment.

3.  Make sure the form is typed or neatly written.

4.  You must tell the truth and sign the form. If you make a false statement of a material fact, you may be prosecuted for perjury.

5.  Answer all the questions. You do not need to cite law. You may submit additional pages if necessary. If you do not fill out the form properly, you will be asked to submit additional or correct information. If you want to submit a brief or arguments, you must submit them in a separate memorandum.

6.  If you cannot pay for the costs of this motion (such as costs for an attorney or transcripts), you may ask to proceed *in forma pauperis* (as a poor person). To do that, you must fill out the last page of this form. Also, you must submit a certificate signed by an officer at the institution where you are confined showing the amount of money that the institution is holding for you.

7.  In this motion, you may challenge the judgment entered by only one court. If you want to challenge a judgment entered by a different judge or division (either in the same district or in a different district), you must file a separate motion.

8.  When you have completed the form, send the original and two copies to the Clerk of the United States District Court at this address:

    > Clerk, United States District Court for _____
    > Address
    > City, State Zip Code

9.  CAUTION: You must include in this motion all the grounds for relief from the conviction or sentence that you challenge. And you must state the facts that support each ground. If you fail to set forth all the grounds in this motion, you may be barred from presenting additional grounds at a later date.

10. CAPITAL CASES: If you are under a sentence of death, you are entitled to the assistance of counsel and should request the appointment of counsel.