STATE OF ILLINOIS            )
                             )
BOND COUNTY ILLINOIS         )

### AFFIDAVIT OF ERIC EARNEST

I, Eric Earnest, depose and state the following:

1. That I am a co-defendant in a criminal case entitled <u>United States v. Stiles</u>, et al., Criminal No. 4:07-CR-00184 (ERW).

2. That I entered a plea of guilty to counts I, II, and IX, of the superseding indictment before federal Judge E. Richard Webber, U.S. District Court for the Esatern District of Missouri, St. Louis, on October 26, 2007. On January 8, 2008, Judge Webber sentenced me to serve 151 months in the Federal Bureau of Prisons.

3. I am currently confined at the Federal Correctional Institution, P.O. Box 5000, Greenville, Illinois, 62246.

4. This affidavit is being provided at the request of Mr. Sammy Jefferson. I am freely and voluntarily writing this affidavit under no threats, no coercion and no duress. It relates to my personal knowledge and recollection of the events that occurred on June 12th and 13th, 2006, that involve false allegations by law enforcement officials of a drug conspiracy between myself and Sammy Jefferson.

5. On June 12, 2006, I asked Sammy Jefferson to let me borrow his car--a black Mercury Marauder. I told him that my car would not be available to me for a couple of days and that I needed to run some personal errands.

## AFFIDAVIT OF ERIC EARNEST (Continued)

6. On June 13, 2006, I called Sammy Jefferson to let him know I was ready to return his car to him and invited him to have breakfast with me. Later that morning, I picked him up from his home—while still driving his car—and then drove to the STEAK 'N SHAKE on Natural Bridge. At no time on June 12th and June 13th, 2006, did my telephone conversations with Sammy Jefferson involve any discussions about drug transactions or setting up a cocaine transaction.

7. I did not conspire with Sammy Jefferson, nor did he conspire with me, to arrange a transfer of 10 kilograms of cocaine to my nephew, Spencer Mitchell on June 13, 2006.

8. While at the STEAK 'N SHAKE, I also met with my nephew, Spencer Mitchell, to discuss whether he could loan me several thousand dollars. Although I did not give Spencer any detailed reasons for requesting money, I was developing a business plan to promote a rap concert in Ohio.

9. I know for a fact that Sammy Jefferson **did not** pass a black bag to Spencer Mitchell on June 13, 2006. Sammy Jefferson did not even know my nephew, Spencer Mitchell. Sammy Jefferson only met and rode with Spencer Mitchell for the first—and only—time on June 13, 2006, at my urging when we left the STEAK 'N SHAKE. Sammy Jefferson had no knowledge of a black bag in the trunk of the mercury Marauder and did not conspire to transfer any bag allegedly containing any cocaine to anyone on June 13, 2006.

## AFFIDAVIT OF ERIC EARNEST (Continued)

10. That I am submitting this affidavit in good faith based upon my best recollection of the facts. And, I am available to be called as a witness and am willing to testify under my sworn oath at any hearing in this matter on behalf of Sammy Jefferson.

11. I have not been promised anything.

Respectfully submitted,

*Eric Earnest*

Eric Earnest
Reg. No. 03485-025
Federal Correctional Institution
Post Office Box 5000
Greenville, Illinois 62246

## CERTIFICATE OF SWORN STATEMENT

Eric Earnest appeared before me on this _____ day of _____, 2010, was sworn upon his oath, under the penalty of perjury, and subscribed to this affidavit.

Name _____ Title _____
Authorized by Act of July 7, 1995,
as amended, to administer oaths,
(18 USC 4004) 7-7-10

_____
NOTARY PUBLIC

My Commission Expires: