Certified Mail Receipt Trk. No. 7007 0710 0003 9115 0928

**RECEIVED BY MAIL**
OCT 29 2010
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

Sammy Jefferson
Register No. 29076-044
U.S. Penitentiary—McCreary
P.O. Box 3000
Pine Knot, KY 42635-3000

October 26, 2010

Office of the Clerk
Thomas F. Eagleton U.S. Courthouse
Eastern District of Missouri
111 South Tenth Street, Room 3.300
St. Louis, MO 63102-1116

Re: Crim. No. 4:07-cr-00184 (ERW)

Dear Sir or Madam:

Please find enclosed for filing my original pro se Motion Under 28 U.S.C. § 2255 to vacate, set aside, or correct the judgment entered in the above-styled case.

Additionally, enclosed for filing along with my § 2255 motion are the following documents: Memorandum of Law and Facts Supporting Section 2255 Motion; Motion to Exceed Page Limitations Under E.D. Mo. Local Rule 7-4.01(D); Three Affidavits in Support of § 2255 Motion; and Exhibits in Support of § 2255 Motion. I am also requesting your office to clock-stamp the filing date on the single loose cover page of my Memorandum of Law and Facts and kindly mail it back to me.

I hope that I have complied with the Court's rules for filing. Thank you for your attention.

Sincerely,

*Sammy Jefferson*
Sammy Jefferson

Enclosures

cc: file

SJ/bcb